THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DENNIS KEITH JONES,<br><br>    Defendant. | No. CR20-196-RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SENTENCING DATE |

THE COURT, having considered Dennis Jones's unopposed motion to continue his sentencing date, along with the records and files in this case, and having found good cause,

IT IS NOW ORDERED that the motion to continue sentencing date (Dkt. # 74) is GRANTED.  Defendant Dennis Jones's sentencing hearing is continued from September 10, 2021, to **February 11, 2022 at 10:00 AM.**

DATED this 17th day of August, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING SENTENCING DATE
(*United States v. Jones*, CR20-196-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100