THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS KEITH JONES,<br><br>Defendant. | No. CR20-196-RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL EXHIBIT |

THIS MATTER has come before the undersigned on the motion of Defendant Dennis Jones to file Exhibit 2 to his Motion to Continue Sentencing Hearing under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the exhibit under seal.

IT IS ORDERED that Defendant's Motion to Seal (Dkt. # 76) is GRANTED. Exhibit 2 to Defendant's Motion to Continue Sentencing Hearing shall remain under seal.

DATED this 17th day of August 2021.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO SEAL EXHIBIT
(*United States v. Jones*, CR20-196-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100