THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR20-196RAJ |
| Plaintiff, | ORDER GRANTING MOTION TO STAY ORDER OF TRANSPORT |
| v. | |
| DENNIS JONES, | |
| Defendant. | |

THE COURT has considered the defendant's motion to stay the Order issued by United States Magistrate Judge Christina A. Bryan, Southern District of Texas, on December 6, 2021 (W.D.T.X. Case No.: 4:1-mj-02597-1, dkt. 4), and the record in this case.

IT IS NOW ORDERED that the United States Marshals Service shall refrain from transporting the defendant until a video conferenced bond violation hearing can be held. Mr. Jones is to remain in the Joe Crowley Detention Center until that time.

DATED this 9th day of December, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO STAY ORDER TO TRANSPORT
(*Dennis Jones*; CR20-196RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100